**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **RAMON ORTIZ** | **NO. 16-129** |

**O R D E R**

**AND NOW**, this 30th day of September, 2016, upon consideration of defendant Ramon Ortiz's Motion to Suppress Physical Evidence (Document No. 19, filed July 22, 2016) and the Government's Response in Opposition to Defendant's Motion to Suppress Physical Evidence (Document No. 22, filed September 1, 2016), following an evidentiary hearing and oral argument on September 26, 2016, for the reasons set forth in the accompanying Memorandum dated September 30, 2016, **IT IS ORDERED** that defendant Ortiz's Motion to Suppress Physical Evidence is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.